1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RAFAEL PEREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>JAVIER ESPINOZA,<br>CARLOS R. SOLORZANO, and<br>ANTHONY J. ESTORGA,<br><br>        Defendants. | Case No. CV 07-06658-DSF (JWJ)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

   IT IS ORDERED that the Motion to Dismiss brought by Defendants Javier Espinoza, Carlos R. Solorzano, and Anthony J. Estorga in this action be granted; and that a Judgment be issued dismissing the entire instant action without prejudice for failure to exhaust administrative remedies prior to filing.

///
///
///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2  this Order and the Judgment of this date on all parties.
3
4
5  DATED: May 22, 2009
6
7  *[signature: Dale S. Fischer]*
8  DALE S. FISCHER
   United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28