JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

RAFAEL PEREZ,

    Plaintiff,

vs.

JAVIER ESPINOZA, CARLOS R. SOLORZANO, and ANTHONY J. ESTORGA,

    Defendants.

Case No. CV 07-06658-DSF (JWJ)

**JUDGMENT**

    Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    IT IS ADJUDGED that Judgment be entered granting the Motion to Dismiss brought by all defendants and dismissing the entire instant action without prejudice for failure to exhaust administrative remedies prior to filing.

DATED: May 22, 2009

                                             DALE S. FISCHER
                                             United States District Judge